# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-801
Lower Tribunal No. CF20-003126-XX

_____

BRUCE L. CARR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED